# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156720

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Megan K. Cavanagh,
Justices

v

SC: 156720
COA: 332500
Washtenaw CC: 10-001241-FH

RAYMOND CHARLES PIERSON,
      Defendant-Appellant.
_____/

On April 10, 2019, the Court heard oral argument on the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



d0416

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2019



Clerk